NenaZuley586@gmail.com
SulemaSierra48@gmail.com

5:22-CV-158-C

5-22-CV-0131-C

To whom this may concern!
Since June 2 2022
Its Been Hot today we were told
that It was 83 Degrees In here
My name Is Sulema Sierra Booking # 22018145
I have put In Plenty Letters my friend
Yvonne mom has made at least 20 calls
Since June 2 that Its hot an inmate
threw up from being dehydrated!
another Inmate was Sitting In period blood
for 2 days because She hasn't had any
Clean underwear We are being treated
un human. We are In pain and Suffering
Ive even Started drinking Hot water
because theres no Cold Water Just Like
there Is no A/C Please Help US!

Fix this Situation Its Wrong!

[signature]

# 22018145
Cell: 214-469-5330
email: SulemaSierra48@Yahoo.com
NenaZuley586@Gmail.com

RECEIVED JUL -1 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2022 JUL -1 PM 2:53

# Pod 4 (Petition)

Queena Jordan 21044069  queenjordan@gmail.com
214-403-5916

People Are complaining about the AC being to hot, and it is not in this pod. we are sweating, constantly taking showers to keep cool, waking up real sweaty, and irrated. other individuals as well. this is not just a safe weather climate. (X please sign if agreed)

TERRIZ BURKS 22001738
Alicia Rich    22005591
Christy Moy    22015461
Suena Sierra   22018145     Summer Price 22020642
Vanessa Martinez 22016822   Molly Burry 22014060
Hailey Hamilton 22004918    Jonna Hopkins 22026180
Linda Browning 559/8875     Jaqitta Wray
Rebecca Caldwell            Jennifer Laws 22011231
Anabel Ramirez 22017815     Rosablanca Olags #22017651
Jystan Robinson             Nancy Jaramillo #22018509

Carla Ritchie #2801920

Leslie Jones
Ethra Vaughn 22022561
Moreno Jenna #22012857
MORALES, Bianca #22016387
Briana McAfee #2202107?
Kenia Rubio #22012215
April Coterill #22018125
~~[scribbled out]~~
Abigail Fonseca
Jasmine Limas #22014162
[signature] #22021315
[signature]
Jenese Henry #921
Rodericka Davis #22015954

Sulema Sierra
Dallas County Jail
P.O. Box 660334
Bin: 22018145
KAYS Tower 04-D
Dallas Texas 75266-0334

NORTH TEXAS TX P&DC
DALLAS TX 750
27 JUN 2022 PM 9 L



RECEIVED
2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Office of the Clerk
Northern District of
Texas 1205 Ave Room 209
Lubbock, Tx 79401